CAMI M. PERKINS, ESQ.
Nevada Bar No. 9149
E-mail: cperkins@nevadafirm.com
SEAN E. STORY, ESQ.
Nevada Bar No. 13968
E-mail: sstory@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308

*Attorneys for Defendants GMA Investments, LLC
d/b/a Summit Receivables and Anthony Guadagna*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN PENDLETON, ORERBIS CARBONELL, LAUREN MARTELL, KEN HALLEY, MELANIE JOHNSON, THEODORA CORK, RAMON TORREZ, RENEE GREEN, SILVIA GREEN, and XANADU STAMENKOVIC,<br><br>Plaintiffs,<br><br>v.<br><br>GMA INVESTMENTS, LLC d/b/a SUMMIT RECEIVABLES, a Nevada corporation, and ANTHONY GUADAGNA, individually,<br><br>Defendants. | CASE NO.:     2:18-cv-01181-APG-CWH<br><br>**JOINT MOTION TO STAY LITIGATION PENDING MEDIATION**<br><br>**Mediation Date: October 18, 2018**<br>**Mediation Time: 10:00 a.m.**<br><br>**ORDER** |

The parties, by and through their respective counsel, respectfully request this Honorable Court to enter an Order staying this case through October 25, 2018.  In support of this Unopposed Motion, Defendants state the following:

1. The parties, through counsel, have agreed to mediate this case, and several others, on October 18, 2018.

2. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

- 1 -

| | |
|---|---|
| 1 | 3. The mediation will take place at JAMS in Las Vegas, Nevada in front of the |
| 2 | Honorable Rosalyn Chapman (retired) https://www.jamsadr.com/chapman/. |
| 3 | 4. Cami M. Perkins will appear at the mediation on behalf of Defendants. |
| 4 | 5. Michael Agruss at Agruss Law Firm, LLC will appear at the mediation on behalf |
| 5 | of Plaintiffs. |
| 6 | 6. No later than October 25, 2018, the parties will either file a Notice of Settlement or |
| 7 | a Status Report with this Honorable Court. |
| 8 | /// |
| 9 | /// |
| 10 | /// |
| 11 | /// |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

12440-00/2093502.docx

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order staying this case through October 25, 2018.

Dated: September 18, 2018            Respectfully submitted,


*/s/ Cami M. Perkins*
Cami M. Perkins (NBN 9149)
HOLLEY DRIGGS WALICH FINE
WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:      (702) 791-0308
Facsimile:      (702) 791-1912
E-mail: cperkins@nevadafirm.com
*Counsel for Defendants*

Dated: September 18, 2018            Respectfully submitted,


*/s/ Sean E. Story*
Sean E. Story (NBN 13968)
HOLLEY DRIGGS WALICH FINE
WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:      (702) 791-0308
Facsimile:      (702) 791-1912
E-mail: cperkins@nevadafirm.com
*Counsel for Defendants*

Dated: September 18, 2018            Respectfully submitted,


*/s/ Kevin L. Hernandez*

Kevin L. Hernandez (NBN 12594)
LAW OFFICE OF KEVIN L. HERNANDEZ
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
Telephone:      (702) 563-4450
Facsimile:      (702) 552-0408
E-Mail: kevin@kevinhernandezlaw.com
*Counsel for Plaintiffs*

IT IS SO ORDERED


THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: September 19, 2018.

- 3 -