# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEGAN PENDLETON, et al., | Case No.: 2:18-cv-01181-APG-CWH |
| Plaintiffs | **Order Denying Stipulation of Voluntary Dismissal** |
| v. | |
| GMA INVESTMENTS, LLC, et al., | [ECF No. 12] |
| Defendants | |

On January 10, 2019, the parties filed a Stipulation of Voluntary Dismissal. ECF No. 12. That stipulation seems to dismiss all claims by all plaintiffs, but it refers only to the claims of plaintiff Megan Pendleton. I cannot determine whether the parties intend to dismiss all claims by all parties, or whether some of the plaintiffs will maintain claims in this case.

IT IS THEREFORE ORDERED that the Stipulation of Voluntary Dismissal **(ECF No. 12) is DENIED**. On or before January 31, 2019, the parties shall file a stipulation to dismiss this case in its entirety or a status report regarding settlement.

DATED this 11th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE