Kevin L. Hernandez (NBN 12594)
LAW OFFICE OF KEVIN L. HERNANDEZ
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
E-Mail: kevin@kevinhernandezlaw.com

*Attorney for Plaintiffs*,
MEGAN PENDLETON
SHAVANA NASH
LAUREN MARTELL
KEN HALLEY
MELANIE JOHNSON
THEODORA CORK
RAMON TORREZ
RENEE GREEN
SILVIA GREEN
XANADU STAMENKOVIC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MEGAN PENDLETON, SHAVANA NASH, LAUREN MARTELL, KEN HALLEY, MELANIE JOHNSON, THEORDORA CORK, RAMON TORREZ, RENEE GREEN, SILVIA GREEN, and XANADU STAMENKOVIC,<br><br>Plaintiffs,<br><br>v.<br><br>GMA INVESTMENTS, LLC, d/b/a SUMMIT RECEIVABLES, a Nevada corporation, and ANTHONY GUADAGNA, individually,<br><br>Defendants. | Case No. 2:18-cv-01181-APG-CHW |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiffs, MEGAN PENDLETON, SHAVANA NASH, LAUREN MARTELL, KEN HALLEY, MELANIE JOHNSON, THEORDORA CORK, RAMON TORREZ, RENEE GREEN

1

SILVIA GREEN, and XANADU STAMENKOVIC and Defendant, GMA INVESTMENTS, LLC and ANTHONY GUADAGNA, individually, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the following:

1. The parties stipulate to dismiss plaintiffs' class action allegations WITHOUT PREJUDICE. The court has not certified the proposed class and no notice has been given to any putative class member of this lawsuit. The parties have settled their differences in a private settlement agreement which is not binding on any class member other than the plaintiffs. As such, there is no need for notice to the putative class members pursuant to Fed. R. Civ. P. 23(e).

2. The parties stipulate to dismiss plaintiffs' individual claims against defendant WITH PREJUDICE with both sides to bear their own fees and costs. This stipulation dismisses the action in its entirety.

**Dated: January 24, 2019**

Respectfully submitted,

/s/ Cami M. Perkins
Cami M. Perkins (NBN 9149)
HOLLEY DRIGGS WALICH FINE
WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 791-0308
Facsimile: (702) 791-1912
E-mail: cperkins@nevadafirm.com
Counsel for Defendants

Respectfully submitted,

/s/ Kevin L. Hernandez
Kevin L. Hernandez (NBN 12594)
LAW OFFICE OF KEVIN L. HERNANDEZ
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
E-Mail: kevin@kevinhernandezlaw.com
Counsel for Plaintiffs

THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: January 24, 2019.